### LYON and Another *v.* PERRY and Another.

The record of a mortgage is, by statute, original evidence of the contents of the instrument.

If the complaint against a mortgagor and a purchaser from him, for foreclosure, fail to allege that the mortgage was recorded and that the purchaser had notice, the proof of these facts without objection cures the defect.

APPEAL from the *Grant* Circuit Court.

*Wednesday, June 13.*

*Per Curiam.*—Suit to foreclose a mortgage. The mortgaged premises had been purchased by another of the mortgagor, and the purchaser was made a party defendant with the mortgagor.

The complaint did not allege that the mortgage had been recorded, nor that the purchaser bought with notice. But these facts were proved without objection on the trial, and the Court found, therefore, that the mortgage was valid against the purchaser.

It was objected on the trial that the original mortgage, instead of the recorded copy, should be introduced to prove the contents of the mortgage, but there was no objection to the giving in of the record to show the fact of the mortgage being recorded, and, hence, notice to the purchaser.

The record is made by statute original evidence of the contents of the mortgage. 2 R. S. p. 92.

Under these circumstances, we think it appears to us that the case has been fairly decided on its merits, and that the judgment must be affirmed. 2 R. S. pp. 123, 162, §§ 382, 580.

The judgment is affirmed with 1 per cent. damages and costs.

*A. Steele* and *H. D. Thompson*, for the appellants.
*H. S. Kelley* and *R. T. St. John*, for the appellees.